No. 91-7365. COWAN v. GALLEY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 91-7387. CARRION-CALIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91-7391. STOUFFER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 91-7394. IRWIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91-7402. BARRIOS-BARCELONA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91-7405. DELGADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91-7407. MASSEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91-7429. HINTZE v. SOUTHWEST GAS INC. Ct. App. Ariz. Certiorari denied.

No. 91-7433. WILLIAMS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91-7436. CORN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91-7440. CARR v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91-7454. REYNOLDS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91-7464. THOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91-7465. CRANFILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91-7466. SCHIMMEL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.